UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60889-CIV-DIMITROULEAS

FRITZ DEMOSTHENES, on behalf of himself and
all others similarly situated,

    Plaintiffs,

vs.

FLORIDA BOTTLING, INC., a Florida corporation,
and THOMAS FUHRMAN,

    Defendants.
_____/

**NOTICE**

THIS CAUSE is before the Court *sua sponte*.

The Court hereby provides notice to all parties that the Court has hired Abigail Lyle as a law clerk for a term of two years beginning in September 2009. Ms. Lyle is currently employed at Hunton & Williams, counsel for Defendants, but will have no involvement in this case in this Court's chambers, should it remain an open or pending case in September 2009. Should Ms. Lyle have any involvement with this case while employed at Hunton & Williams, the parties shall notify the Court.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of July, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Chad E. Levy, Esq.

Christopher J. Whitelock, Esq.

James J. Thornton, Esq.

Jennifer D. Ellis, Esq.