UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60889-CIV-DIMITROULEAS

FRITZ DEMOSTHENES,

Magistrate Judge Rosenbaum

    Plaintiff,

vs.

FLORIDA BOTTLING, INC.,
a Florida corporation, and
THOMAS FUHRMAN, individually,

    Defendants.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the Joint Motion to Approve Settlement and Dismiss With Prejudice, filed herein on September 29, 2008. [DE-26]. The Court has carefully considered the Joint Motion, reviewed the Settlement Agreement [DE-26-2], and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Motion to Approve Settlement and Dismiss With Prejudice [DE-26] is hereby **GRANTED**.

2. The Settlement Agreement is hereby **APPROVED**. The Court holds that the proposed settlement submitted by the parties is a fair and reasonable settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act.

3. The above-styled action is hereby **DISMISSED WITH PREJUDICE**.

4. The Clerk shall deny any pending motions as moot.

  5. The Clerk shall **CLOSE** this case.

 **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of September, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Christopher J. Whitelock, Esq.

Chad E. Levy, Esq.

James E. McDonald, Esq.

Brian M. McPherson, Esq.